JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BURTON LANG, JR.,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN OF THE CALIFORNIA PRISON AT SAN QUENTIN,<br><br>Respondent. | CASE NO. CV 91-04061 MMM<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

Pursuant to *Lang v. Cullen*, 725 F.Supp.2d 925 (C.D. Cal. 2010), and the Order Finding Counsel's Deficient Performance at the Penalty Phase Prejudicial and Granting Petition for Writ of Habeas Corpus with Respect to Penalty Phase Claim of Ineffective Assistance of Counsel, filed December 29, 2015,

IT IS HEREBY ORDERED AND ADJUDGED that the Amended Petition is CONDITIONALLY GRANTED and the sentence of death in *People v. Lang*, Santa Barbara Superior Court Case No. SM 41420, is VACATED.

IT IS FURTHER ORDERED that the State of California shall, within 120 days from the date of entry of this judgment, either grant petitioner a new penalty phase trial, or vacate the death sentence and resentence petitioner in accordance with California law and the United States Constitution.

1  The clerk is directed to enter this judgment and immediately notify the Warden of San
2  Quentin Prison of this judgment.

4  DATED: December 29, 2015

*[signature: Margaret M. Morrow]*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE