FILED
CLERK, U.S. DISTRICT COURT
OCT 13, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BURTON LANG,<br><br>    Petitioner,<br><br>vs.<br><br>RON DAVIS, Warden of the California State Prison at San Quentin<br><br>    Respondent | Case No. CV 91-4061 MMM<br><br>**DEATH PENALTY CASE**<br><br>AMENDED JUDGMENT |

  Pursuant to the order and mandate of the Ninth Circuit Court of Appeals dismissing all appeals (Docket No. 533), and the Order on Settlement that this Court has entered this date (Docket No. 235), it is hereby ordered, adjudged, and decreed that this matter is dismissed without prejudice and shall be re-opened should the Superior Court of Santa Barbara County fail to achieve the implementation of the agreement reached between the parties (See Docket No. 234).

  **IT IS SO ORDERED.**

Dated: October 13, 2016

              *Virginia A. Phillips*
              VIRGINIA A. PHILLIPS
              UNITED STATES DISTRICT JUDGE

AMENDED JUDGMENT