1
2
3
4
5
6
7
8             UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10

11  KENNETH BURTON LANG,          ) Case No.: CV 91-4061 MMM
12              Petitioner,        ) **DEATH PENALTY CASE**
13  vs.                           ) AMENDED JUDGMENT
14                                )
15  RON DAVIS                     )
16              Respondent.       )
17 _____)

18       On October 13, 2016 the Court accepted the parties' joint stipulation for
19  dismissal of this action based on a settlement agreement.  (Docket No. 536.) The
20  Court dismissed the matter, and entered judgment, without prejudice in the
21  unanticipated event that the Superior Court of Santa Barbara County should fail to
22  achieve the implementation of the agreement reached between the parties; namely,
23  that Petitioner would receive a new sentence of life in prison without the
24  possibility of parole. (Docket Nos. 535, 536.)
25       On February 1, 2017 the parties filed another Joint Stipulation informing the
26  Court that the purposes of the agreement had been achieved and Petitioner had
27  been resentenced on November 30, 2016 to a term of life in prison without the
28

AMENDED JUDGMENT - 1

1  possibility of parole.  The parties have attached a certified copy of the abstract of

2  judgment as an exhibit to the Joint Stipulation. (Docket No. 537)

3       The Court hereby accepts the Joint Stipulation of the parties that the

4  purposes of their settlement agreement have achieved with the re-sentencing of

5  Petitioner Kenneth Burton Lang to a term of life in prison without the possibility of

6  parole.  It is therefore hereby ordered, adjudged, and decreed that this matter is

7  dismissed with prejudice.

8

9  **IT IS SO ORDERED**

10  Date: February 1, 2017           _____

11                   VIRGINIA A. PHILLIPS
            CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28